# EXHIBIT 4



ELLZEY | KHERKHER | SANFORD | MONTGOMERY

# FIRM RESUME



# About the Firm

**We Win. Things Change**.
EKSM, LLP, a newly formed firm resulting from the merger of three established plaintiff litigation firms. EKSM's members have a proven track record of successfully handling complex class action lawsuits, ensuring justice for all members of the class. Our class action attorneys are dedicated to representing groups of plaintiffs who have been harmed by defective products, fraudulent practices, or other widespread misconduct.

# Locations

**TEXAS**
4200 Montrose St. Suite 200
Houston, TX 77006

**ARKANSAS**
10800 Financial Centre Pkwy,
Suite 510
Little Rock, AR 72211

**(713)-244-6363**

**contact@eksm.com**

# Areas of Practice

- Antitrust
- Arbitration
- Business Dispute
- Class Action
- Data Breach & Privacy
- Environmental
- Insurance Recovery
- Intellectual Property & Technology

- Labor, Employment, Benefits, & Pension
- Mass Casualty Event
- Mass Tort
- Personal Injury
- Product Liability
- Property Damage
- Qui Tam & False Claims Act
- Shareholder & Securities

# Admitted States

Arkansas • California • Colorado • District of Columbia • Illinois • Louisiana • Massachusetts • Michigan • New Mexico • North Dakota • Ohio • Oklahoma • Texas • Wisconsin



---

# Attorney Profiles

---

## Jarrett Lee Ellzey
*Partner*



**Jarrett L. Ellzey** is deeply committed to championing the rights of the injured, combating corporate misconduct, and holding wrongdoers accountable. With offices located in Texas and New Mexico, he has stood by plaintiffs in personal injury cases, navigated nationwide consumer class actions, and tackled labor disputes in federal courts across key states like Texas, California, New Mexico, Pennsylvania, New York, Florida, and more.

Jarrett is Board Certified in Civil Trial Law by the Texas Board of Legal Specialization and a member of the esteemed American Board of Trial Advocates. He is admitted to practice in in the state jurisdictions of Texas and New Mexico. Jarrett is also admitted to practice before the United States Supreme Court, The Fifth Circuit Court of Appeals, U.S. District Court for the Southern District of Texas, U.S. District Court for the Northern District of Texas, U.S. District Court for the Eastern District of Texas, U.S. District Court for the Western District of Texas, U.S. District Court for the District of Colorado, U.S. District Court for the District of New Mexico, U.S. District Court for the Eastern District of Wisconsin, U.S. District Court for the Central District of Illinois, and U.S. Bankruptcy Court for the District of New Mexico.

Jarrett boasts a remarkable record of trying a high volume of diverse cases, including securing an eight-figure verdict in only his second jury trial and notching over $23 million in verdicts during a successful five-year period. His work in a high-stakes commercial real estate dispute earned him recognition in the Texas Verdict Hall of Fame and showcased his prowess in navigating complex legal terrain.

Jarrett has extensive class action litigation experience, including in class certification briefing, trial and appeal. *See e.g.* Case No. 3:18-cv-00990, *Mattson v. New Penn Financial, LLC* (D. Or.), on appeal at 2023 WL 2624783 (9th Cir. March 23, 2023) (vacating denial of class certification and remanding); *see also* Case No. 2:18-cv-04752, *Williams v. The Pisa Group, Inc.* (E.D. Pa.) (certifying TCPA class). Mr. Ellzey has been appointed class counsel in a number of class actions under consumer protection statutes. *See, e.g., Williams v. The Pisa Group, Inc.* Case No. 2:18-cv-04752 (E.D. Pa. Jan. 19, 2024); *Buchanan v. SiriusXM, Inc.*, Case No. 3:17-cv-000728-D (N.D. Tex. Jan. 28, 2020); *Justin Mark Boise v. ACE American Ins. Co.;* Case No. 1:15-cv-21264 (S.D. Fla. Oct. 18, 2017) (TCPA)*; Matthew Scott Robinson v. Paramount Equity Mortgage, LLC;* Case No. 2:14-cv-02359-TLN-CKD (E.D. Cal. July 13, 2017); *Teofilo Vasco, et al. v. Power Home*



*Remodeling Group LLC;* Case No. 2:15-cv-04623 (E.D. Pa. Oct. 12, 2016)*; John Colin Suttles, et al. v. Specialty Graphics, Inc.;* Case No. 1:14-cv-00505 (W.D. Tex. April 25, 2016)*; Ludette Crisler, et al. v. Audi AG, Volkswagen AG, et al.,* Case No. 2:11-cv-01719 (C.D. Cal. Oct. 30, 2013); *Gretchen Patch, et al. v. Millennium Products, Inc.,* Case No. BC448347 (Superior Court of California, Los Angeles County, April 3, 2012).

Jarrett has also worked on data breach class actions as local counsel, including Cause No. 2021-61470; *Arthur Dekenipp, v. Gastroenterology Consultants, P.A.* (Harris County, Texas); Cause No. 5:23-cv-607; *Jose Gonzalez v. Our Lady of the Lake University* (W.D. Tex.); Cause No. 2023-CI11856; *Jose Gonzalez, v. Our Lady of the Lake University* (Bexar County, Texas); Cause No. 2023-CI07981; *Ana Vasquez v Our Lady of the Lake University* (Bexar County, Texas); Case No. 1:23-cv-5; *Thomas Graham, v Bay Bridge Administrators, LLC* (W.D. Tex.); Cause No. 1:23-cv-022-LY; *Kurt Phillips v Bay Bridge Administrators*, LLC (W.D. Tex.); Cause No. 22-DCV-298917; *Cody Janssen and Alline Henderson, v Oakbend Medical Center (* Bexar County, Texas). Cause No. 2021-84322; *Cliff Lee v. Texas Ear, Nose, & Throat Specialists, PLLC* (Harris County, Texas); Case No. 7:23-cv-00174-DC-RCG; *Brian Morrow, v. West Texas Gas, Inc.* (W.D. Tex.); Cause No. DC-22-04755; *Dawn Taylor v JDC Healthcare Management, LLC* (Dallas, County, Texas).

# Tom Kherkher
*Partner*



**Tom Kherkher** is a founding partner of Ellzey Kherkher Sanford Montgomery LLP, where he leads the firm's artificial intelligence, emerging technology, and personal injury litigation practices. He represents individuals, creators, and businesses in high-stakes litigation against some of the largest corporations in the world. His work focuses on complex cases involving emerging technologies, consumer protection, intellectual property, large-scale class actions, and catastrophic personal injuries.

Before joining EKSM, Tom founded and operated his own litigation firm in Houston, where built a successful practice representing individuals in complex civil disputes primarily centered around catastrophic personal injuries. Through that experience, he developed a reputation for taking on difficult cases against powerful defendants and for aggressively advocating for clients who otherwise would not have the resources to challenge large corporations. His early work as a firm founder shaped the approach he brings to litigation today: creative legal strategies, relentless advocacy, and a willingness to pursue cases others may decline.

In addition to his litigation practice, Tom is widely recognized as a subject matter expert on digital platforms and creator rights. He is the creator of the educational YouTube channel "Attorney Tom," which has grown to more than 550,000 subscribers. Through the channel, Tom explains legal concepts, analyzes real cases, and advocates for accountability within the legal system. His



experience working directly with creators and producing legal education content provides him with unique insight into issues involving online platforms, digital media, and the use of creator content.

Over the course of his career, Tom has built a reputation for pursuing complex cases that involve novel legal theories, emerging technologies, and sophisticated corporate defendants. He believes the civil justice system serves an essential role in ensuring that individuals can hold powerful institutions accountable when they cause harm.

Tom graduated from University of California, Santa Barbara, where he completed his undergraduate studies in just two and a half years. He then attended South Texas College of Law Houston, graduating cum laude after completing the program in only two and a half years. He is admitted to practice in the State of Texas and Louisiana, as well as the United States District Court for the Southern District of Texas and the United States District Court for the Western District of Louisiana.

# Josh Sanford
## *Partner*



**Josh Sanford** practices almost exclusively in employment litigation, focusing on wage-and-hour law. This includes trial work in cases arising under the Fair Labor Standards Act, Title VII of the Civil Rights Act of 1964 and the Equal Pay Act. Josh was voted "Best Attorney" (tie) in a readers' poll published by The Courier in Russellville, AR. Josh has served as the president of the Pope County Bar Association. In addition, Josh has been a member of the American, Arkansas and Pope County Bar Associations, the Arkansas Trial Lawyers Association, the National Employment Lawyers Association, the Russellville Kiwanis Club, and the Russellville Chamber of Commerce.

Josh has served as class counsel in several cases which the presiding Courts granted motions to proceed as a Rule 23 class: *Bonton v. Centerfold Entertainment Club, Inc.,* No. 6:14-CV-6074-RTD (W.D. Ark.); *Oliva v. C.L.A. Incorporated,* 4:12-CV-243 (E.D. Ark.); and *Sherri Dandison, et al. v. Hanks Furniture, Inc.,* 4:15-62-DPM.

Josh has experience litigating FLSA matters in the following cases: *Samuel Rorie v. Woodstone Craft Pizza*, Case No. 5:20-cv-05106-TLB (W.D. Ark); *Wesley Kelley v. Invacor Solutions*, Case No. 4:20-cv-02013 (S.D. Tex); *Lashanna Girtmon v. Vera Lloyd Presbyterian Family Services*, Case No.4:20-cv-00762-DPM (E.D. Ark); *Carol Lehmkuhl v. Travel Nurse Across America,* Case No. 4:20-cv-00518-DPM (E.D. Ark); *Vicki Causey v. Bank OZK*, Case No. 4:20-cv-00687-DPM (E.D. Ark*); Cecilia Baker v. Summit Community Care*, Case No. 4:20-cv-00508-KGB (E.D. Ark); *Edward Ward v. Liberty Oilfield Services*, Case No. 5:20-cv-00531-OLG (W.D. Tex); *Daniel Soto v. Marquez Construction and Maintenance*, Case No. 7:20-cv-00101-DC-RCG (W.D. Tex); *William Fingerhut v. Pradco Outdoor Brands*, Case No. 2:20-cv-02062-PKH (W.D. Ark); *Kneuss (Laurie) v. Aces LLC*, Case No. 2:20-cv-00773-MHH (N.D. Ala); *Harris (Nelson) v. Ratner Steel*,



Case No. 3:20-cv-00112-KGB (E.D. Ark); *Thomas Clark v. Southwest Energy*, Case No. 4:20-cv-00475-KGB (E.D. Ark); *Calvin Collins v. Pel-State Services*, Case No. 7:20-cv-00083-DC-RCG (W.D. Tex); *Amy Williams v. Coryell County Memorial Health Authority*, Case No. 6:20-cv-00223-ADA (W.D. Tex); *Andres Leal v. Cobb, Fendley & Associates, Inc.*, Case No. 5:20-cv-00372-OLG (W.D. Tex); *Kametric Burley v. Central Arkansas Area Agency on Aging*, Case No. 4:20-cv-00226-DPM (E.D. Ark); *Holmes (Roy) v. Stetson Courier*, Case No. 4:20-cv-00191-DPM (E.D. Ark); *Brigid Lewis v. Shine Solar LLC*, Case No. 5:20-cv-05038-ELW (W.D. Ark); *Chad McCann v. CCI Contractors*, Case No. 4:20-cv-00184z (E.D. Ark); *Kevin Simmons v. Arkansas Blue Cross and Blue Shield*, Case No. 4:20-cv-00137-KGB (E.D. Ark); *Queen Watson v. Patient Matters LLC*, Case No. 3:20-cv-00050-JM (E.D. Ark); *Nikki Vanhorn v. Community Builders Inc*, Case No. 4:20-cv-00118-DPM (E.D. Ark); *Rebekah Fleming v. Tanner's Neighborhood Bar and Grille*, Case No. 6:20-cv-06010-RTD (W.D. Ark); *Tyler Wolfe v. Affordable Rooter Service*, Case No. 4:20-cv-00156-LPR (E.D. Ark); *Johnathan Yasevich v. The Heritage Company*, Case No. 3:20-cv-00019-KGB (E.D. Ark); *Toquata Tappin v. Servicemaster Twin Cities,* Case No. 4:19-cv-00912-JM (E.D. Ark); *Crystal Daniels v. Quapaw Bath and Spa*, Case No. 6:19-cv-06149-RTD (W.D. Ark); *William Hallman v. Peco Foods*, Case No. 3:19-cv-00368-DPM (E.D. Ark); *Stephanie Withrow v. Vantage Point Behavioral Health*, Case No. 5:19-cv-05220-TLB (W.D. Ark); *Demarius Roberts v. Rreaf Residential*, Case No. 4:19-cv-00812-KGB (E.D. Ark); *Kimberly Dunlap v. Flash Market*, Case No. 4:20-cv-00005-BSM (E.D. Ark); *Leroy Botello v. Mission Cycle Sports*, Case No. 5:19-cv-01348-OLG (W.D. Tex); *Jamie Thomas v. Viskase*, Case No. 3:19-cv-00330-DPM (E.D. Ark); *Bianica Godwin v. KMAC*, Case No. 1:19-cv-01055-SOH (W.D.Ark); *Holly Treadway & Christian Manna v. Cash Savers*, Case No. 3:19-cv-00321-DPM (E.D. Ark); *Will Heslip v. Nixon Engineering*, Case No. 5:19-cv-01327-XR (W.D. Tex); *Stephanie Dollar v. Kirin Garden*, Case No. 4:19-cv-00730-LPR (E.D. Ark); *Brandon Dean v. Bradford Estates, LLC*, Case No. 4:19-cv-00748-BSM (E.D. Ark); *Trace Pate v. Jones Land Leveling*, Case No. 3:19-cv-00280-DPM (E.D. Ark); *Michael Mitchell v. Brown's Moving and Storage*, Case No. 4:19-cv-00783-LPR (E.D. Ark); *Anthony Woods v. Cenikor Foundation*, Case No. 22-20434 (S.D. Tex); *Cheryl Bolden v. Sharon Callahan-Hair Tech Studios*, Case No. 4:19-cv-00802-KGB (E.D. Ark); *Sonobia Parker v. Tenaris Hickman*, Case No. 3:20-cv-00005-DPM (E.D. Ark); *Daniel Ybarra v. Mulder Fire Protection, Inc.*, Case No. 5:19-cv-01302-JKP-RBF (W.D. Tex); *Edward Dennis v. Diamond Pet Foods*, Case No. 5:19-cv-00296-LPR, (E.D. Ark); *Marcus Munoz v. Ironclad Energy, LLC*, Case No. 5:19-cv-01251-DAE (W.D. Tex); *David Salmon v. XTO Energy*, Case No. 4:19-cv-00768-BSM (E.D. Ark); *Felisha Peel v. Independent Choices*, Case No. 4:19-cv-00795-BSM (E.D. Ark); *Teresa Wisneski v. Belmont Management*, Case No. 2:19-cv-02523-JAR-ADM (D. Kan); *Justin Craven v. Neeley's Towing and Recovery*, Case No. 4:19-cv-04115-SOH (W.D. Ark); *Kimillia Carswell v. Travel Inn of Hazen*, Case No. 4:19-cv-00612-LPR (E.D. Ark); *James Ewing v. Pizza Czar, Inc.,* Case No. 3:19-cv-00232-LPR (E.D. Ark); *Bonnie Norman v. Independent Case Management*, Case No. 4:20-cv-00492-DPM (E.D. Ark); *Charles Meyers v. Hughes Group*, Case No. 4:19-cv-00806-KGB (E.D. Ark); *Randal Huff v. Preferred Family Healthcare, Incorporated*, Case No. 3:19-cv-00193-BSM (E.D. Ark); *Nathan Andrews v. Producers Service Corp*, Case No. 2:19-cv-02514-EAS-KAJ (S.D. Ohi); *John Newsome v. QES Pressure Control, LLC,* Case No. 7:19-cv-00150-DC-RCG (W.D. Tex); *Albert Rodriguez v. Superior Real Estate Solutions, LLC*, Case No. 4:19-cv-00405-DPM (E.D. Ark); *Brent Wall v. Signal Hill Virtual Inspection Solutions*, Case No. 4:19-cv-00465-BSM (E.D. Ark); *Joshua Doss*



*v. Custom Auto Service*, Case No. 4:19-cv-00296-KGB (E.D. Ark); *Jennifer Boone v. Marc Campbell Enterprises, Inc*, Case No. 4:19-cv-00271-LPR (E.D. Ark); *Robert Smart v. City of Hughes*, Case No. 2:19-cv-00047-KGB (E.D. Ark); *Tammy Carden v. The Logan Center*, Case No. 3:19-cv-00167-DPM (E.D. Ark); *David Brown v. Trinity Multifamily*, Case No. 4:19-cv-00617-LPR (E.D. Ark); *Jonathan Esparsen v. Ridley's Family Market*, Case No. 1:18-cv-01556-RM-GPG (D. Col); *Louis Sheffield v. Stewart Builders*, Case No. 4:19-cv-01030 (S.D. Tex); *Terry Cothern vs. Reynolds Manufacturing*, Case No. 1:19-cv-03064 (N.D. Ill); *Sean Harrison vs. Dynasty Taxi Service*, Case No. 5:19-cv-05025-TLB (W.D. Ark); *Jonathan Jones v. Jhook Investments, Inc.*, Case No. 4:19-cv-00105-BSM (E.D. Ark); *Evanjelina Rodriguez vs. George's Poultry*, Case No. 5:19-cv-05035-ELW (W.D. Ark); *Donald Adkinson v. Tiger Eye Pizza, LLC and Ken Schroepfer*, Case No. 4:19-cv-04007-SOH (W.D. Ark); *Vincent Ross vs. Magnolia Flooring Mill*, Case No. 1:18-cv-01075-SOH (W.D. Ark); *Kasey Fox vs. TTEC*, Case No. 4:19-cv-00037-KGB (E.D. Ark); *Tiara Turner vs. Concentrix Corporation*, Case No. 1:18-cv-01072-SOH (W.D. Ark); *Norris Allen (NC) v. Express Courier*, Case No. 4:20-cv-00198 (S.D. Tex); *George Brandon, (SC) v. Express Courier*, Case No. 4:20-cv-00455 (S.D. Tex); *Carol Arroyo (TX) v. Express Courier,* Case No. 4:18-cv-00010 (S.D. Tex); *Paige Acklin (TN) v. Express Courier, Case* No. 4:20-cv-00162 (S.D. Tex); *Kevin Marshall (FL) v. Express Courier*, Case No. 4:20-cv-00796 (S.D. Tex); *Amanda Ryte (GA) v. Express Courier*, Case No. 4:20-cv-00238 (S.D Tex*)*; *David Bell (KY) v. Express Courier*, Case No. 4:20-cv-00184 (S.D. Tex); *Hansel Carter v. Express Courier (LA)*, Case No. 4:19-cv-01124 (S.D. Tex); *Frank Barber (MO) v. Express Courier*, Case No. 4:20-cv-00271 (S.D. Tex); *Anthony Campbell (MS) v. Express Courier*, Case No. 4:20-cv-00713 (S.D. Tex); *Willie Nicks (OK) v. Express Courier*, Case No. 4:20-cv-00250 (S.D. Tex); *Jessie Bascomb (AL) v. Express Courier*, Case No. 4:20-cv-00420 (S.D. Tex); *Martin Barnette (AR) v. Express Courier*, Case No. 4:20-cv-00210 (S.D. Tex); *Juan Segovia v. Fuelco Energy, LLC*, Case No. 5:17-cv-01246-JKP (W.D. Tex); *Jesus Casarez v. Producers Service Corp*, Case No. 23-3247 (S.D. Ohi); *Vanessa York v. Velox Express*, Case No. 3:19-cv-00092-RGJ-CHL (W.D. Ken); *Craig Coates v. Dassault Falcon Jet*, Case No. 4:17-cv-00372-BSM (E.D. Ark); *Christopher Huey v. Trinity Multifamily*, Case No. 4:20-cv-00685-LPR (E.D. Ark); *Amy Robbins vs. Arkansas Aggregate*, Case No. 4:19-cv-00093-JJV (E.D. Ark); *Ian Dolphin vs. Two Men and a Truck*, Case No. 4:18-cv-00810-PSH (E.D. Ark); *Cynthia Galigher v. NEO Cabinets Inc*, Case No. 2:20-cv-02140-PKH (W.D. Ark); *Dana Dahl v. Bay Power*, Case No. 4:20-cv-07062-HSG (N.D. Tex); *Ethan Autrey v. Harrigan Lumber Co., Inc.*, Case No. 1:20-cv-00572-WS-MU (S.D. Ala); *Nukol Bailey v. Care Above All Care,* Case No. 4:20-cv-01058-KGB (E.D. Ark); *Sheila McCoy v. Elkhart Products Corporation*, Case No. 5:20-cv-05176-PKH (W.D. Ark); *John King v. Rockline Industries*, Case No. 2:20-cv-02188-PKH (W.D. Ark); *Teresa Tenorio v. Coast to Coast Carports*, Case No. 2:20-cv-02193-PKH (W.D. Ark); *Rene Castillo v. ISEC, Inc.*, Case No. 5:20-cv-01269-FB (W.D. Tex); *Dietrick Greenlaw v. B&M Management*, Case No. 4:20-cv-01286-DPM (E.D. Ark); *Anthony Hogan v. Hot Springs Nursing and Rehabilitation*, Case No. 6:20-cv-06130-RTD (W.D. Ark); *Brandon Ware v. Shake Shack*, Case No. 1:20-cv-07071 (N.D. Ill) *Mattie Powell v. French Quarter*, Case No. 6:20-cv-06145-SOH (W.D. Ark); Dusty Morton v. Acorn Forestry, Case No. 9:20-cv-00245-MJT (E.D. Tex); *Patrick Latronico v. VK Knowlton Construction*, Case No. 5:20-cv-01474-XR (W.D. Tex); *Charlotte Mahoney v. CHI Health*, Case No. 8:21-cv-00023-JFB-MDN (D. Nev); *William Quinn v. Spirit Manufacturing Inc*, Case No. 3:21-cv-00031-BSM (E.D. Ark); *Samantha Butler v. Superior Towing, Inc.*, Case No. 1:21-cv-



00659 (N.D. Ill); *Michael Troxel v. Gunite Pros LLC*, Case No. 1:21-cv-00057-WS-N (S.D. Ala); Jana Szarka v. Culver's, Case No. 1:21-cv-0084 (N.D. Ill); *Christopher Looney v. Weco, Inc.*, Case No. 4:21-cv-00165-KGB (E.D. Ark); *Charles Wilks v. Faulkner County Sheriff's Department*, Case No. 4:21-cv-00163-KG (E.D. Ark); Carlos Tremols v. Juan Barcenas Insurance and Financial, Case No. 5:21-cv-05057-PKH (W.D. Ark); *Shawn Smith v. Premier Utilities and Drilling*, Case No. 4:21-cv-00232-DP (E.D. Ark); *Misty Farmer v. Boone County Independent Living, Inc.*, Case No. 3:21-cv-03027-TLB (W.D. Ark); *Christopher Church v. Cerro Wire LLC.*, Case No. 5:21-cv-00988-HNJ (N.D. Ala); *Patricia Stewart v. Ashley Furniture and/or Red Mountain Retail Inc.*, Case No. 2:21-cv-00989-AKK (N.D. Ala); *Caralyn Friedly v. Union Bank & Trust Co.*, Case No. 4:21-cv-03105-JMG-CRZ (D. Neb); *Sharonna Parker v. Coast to Coast Carports*, Case No. 2:21-cv-02110-PKH (W.D. Ark); *Daniel Loebsack v. Dufresne Spencer Group, LLC.*, Case No. 4:21-cv-01884 (S.D. Tex); *Danny Calloway v. Boyne Resorts*, Case No. 1:21-cv-00521-JMB-SJB (W.D. Mic); *Stacy Wihebrink v. Life Strategies Counseling*, Case No. 4:21-cv-00573-DPM (E.D. Ark); *Donna Allshouse v. The Joshua Agency*, Case No. 1:21-cv-01032-SOH (W.D. Ark); *Alisa Park v. B & M Management*, Case No. 2:21-cv-00509-MHT-KFP (M.D. Ala); David Hortsman v. Ozinga Bros, Inc., Case No. 1:21-cv-04264 (N.D. Ill); *Edith Stanfield v. Lasalle Corrections*, Case No. 2:21-cv-01535-DJH (D. Ari); *Evan Tellor v. KMac Enterprises*, Case No. 1:21-cv-00110-ACL (E.D. Mis); *Michelle Hanus v. Harting, Inc.*, Case No. 1:21-cv-05289 (N.D. Ill); *Harvie Johnson v. Driven Brands Shared Services*, Case No. 2:21-cv-02144-PKH (W.D. Ark); *Hope Ivey v. Royal BP Corp*, Case No. 5:21-cv-00367-TES (M.D. Geo); *Michael Hames v. Stetson Courier*, Case No. 3:21-cv-00218-KGB (E.D. Ark); John Norvell v. Dedman's Sanitation, Case No. 3:21-cv-00233-KGB (E.D. Ark); *Jack Daniel v. Pacific NW, LLC*, Case No. 2:21-cv-02187-MTL (D. Ari); *Landon Taunton v. Korens USA,* Case No. 3:21-cv-00844-ECM-SMD (M.D. Ala); *Cayla Jackson v. Prairie County Sheriff's Office*, Case No. 4:22-cv-00093-JM (E.D. Ark); *Kayla Pike v. GRKSTL Transportation Inc.*, Case No. 4:22-cv-04018-SOH (W.D. Ark); *Tierra Land v. Centerfold*, Case No. 6:21-cv-06153-SOH (W.D. Ark); *Kim Massey v. Jenkins Industries*, Case No. 4:22-cv-00148-KGB (E.D. Ark); Chris Mills v. Rocky Mountain Concrete Specialists, Case No. 1:22-cv-00396 (D. Col); Oscar Moreno Briz v. Protrans International, Inc., Case No. 7:22-cv-00144 (S.D. Tex); *Andrea Guynes v. Lakeside Community Committee*, Case No. 1:22-cv-00784 (N.D. Ill); *Alexa Andrade Acuna v. Visionquest*, Case No. 4:22-cv-00166-EJM (D. Ari); Hamonn Pratt v. SC Realty Services, Case No. 4:22-cv-00286-KGB (E.D. Ark); *Taylor Philo v. Degler Enterprise*, Case No. 5:22-cv-00240-BO-RJ (E.D. N.C.); *John Knight v. Sierra Tucson LLC*, Case No. 2:22-cv-00737-CDB (D. Ari); *Mark Carman v. Portsmouth Redevelopment and Housing Authority*, Case No. 2:22-cv-00313-AWA-RJK (E.D. Vir); *Theresa Smith v. Felder Services LLC*, Case No. 1:22-cv-00120-JB-B (S.D. Ala); *Rockell Bogan v. Ashley Health and Rehab*, Case No. 5:22-cv-05096-TLB (W.D. Ark); *Tynika Munn v. Sweetie Boy Transportation, LLC*, Case No. 3:22-cv-00512-REP (E.D. Vir); *Josephine Havey v. The Countertop Factory Southwest*, Case No. 4:22-cv-00242-SHR (D. Ari); *Taiwan Wallace v. Evergreen Packaging*, Case No. 4:22-cv-00337-KGB (E.D. Ark); *Allan Carson v. Peco Foods*, Case No. 3:22-cv-00113-KGB (E.D. Ark); *Ileana Medina v. Wild Thing LLC*, Case No. 1:22-cv-03546 (N.D. Ill); *Tony Manzo v. Engrained Cabinetry and Countertops*, Case No. 3:22-cv-08081-JJT (D. Ari); *Ine Nweke v. Aster Health Group Inc.,* Case No. 1:22-cv-02410 (N.D. Ill); *Dustin Hyde v. 316 Towing & Road Service Inc.*, Case No. 2:22-cv-00103-RWS (N.D. Geo); *Matthew Williams v. Nomad, LLC*, Case No. 1:22-cv-03544 (N.D. Ill); *Sarah Donica v. True Star Capital*



*LLC*, Case No. 7:22-cv-00173-DC-RCG (W.D. Tex); *Seth Terry v. B&H Enterprises*, Case No. 6:22-cv-1668-AA (D. Ore); *William Fuelberth v. Godfather's Pizza*, Case No. 8:22-cv-00195-SMB (D. Neb); *John Monroe v. Clowers Enterprises Inc.*, Case No. 6:22-cv-06094-SOH (W.D. Ark);

*Edwin Tarley Jr v. Environmental Specialist International Inc.*, Case No. 4:22-cv-00116-M-RJ (E.D.N.C.); *Nicholas Washington v. Pipelife Jetstream*, Case No. 5:22-cv-05165-TLB (W.D. Ark); *Joseph Weinman v. Spectrum Paint Company, Inc.*, Case No. 4:22-cv-00857-DPM (E.D. Ark); *DeShanta Brewster v. Mission Point Healthcare Services*, Case No. 2:22-cv-12220-MFL-KGA (E.D. Mic); Marquez Miller v. Razors Edge Pizza, Incorporated, Case No. 4:22-cv-00722-DPM (E.D. Ark); *Elander Woodall v. Evergreen Packaging*, Case No. 1:23-cv-00459 (N.D. Ill); *Iman Anderson v. Imani Lounge, LLC*, Case No. 1:22-cv-00652-KFP (M.D. Ala).

# Leigh S. Montgomery
## *Partner*

**Leigh S. Montgomery** has spent her entire legal career helping individuals and small businesses maximize the results they can achieve from the civil justice system. Whether fighting the insurance industry or one individual, she will happily represent her clients from pre-lawsuit negotiations through trial and appeal until they get the very best legal resolution to their disputes. She is a founding member of EKSM and co-lead of the litigation team, along with Mr. Ellzey.

Recently, as counsel for the State of Texas in a case brought under the Texas Medicaid Fraud Prevention Act, Ms. Montgomery participated and assisted in recovering $40 million for the State after eleven years of litigation. Ms. Montgomery was a key litigator in the matter, handling key discovery hearings and dispositive motion briefing crucial to concluding the settlement.

Ms. Montgomery has extensive class action litigation experience, including in class certification briefing, trial and appeal. *See e.g.* Case No. 3:18-cv-00990, *Mattson v. New Penn Financial, LLC* (D. Or.), on appeal at 2023 WL 2624783 (9th Cir. March 23, 2023) (vacating denial of class certification and remanding); *see also* Case No. 2:18-cv-04752, *Williams v. The Pisa Group, Inc.* (E.D. Pa.) (certifying TCPA class).

Ms. Montgomery has experience litigating data breach matters in the following cases: *Veronica Marin v. El Centro del Barrio dba CentroMed*, Case No. 5:24-cv-00571 (W.D. Tex.); *Elwon Mathavongsy v. TRC Staffing Services, Inc. dba TRC Talent Solutions*, Case No. 1:24-cv-02483 (N.D. Ga.); *Tyler Blankenship v. Leonard's Express, Inc.*, Case No. 1:24-cv-00618 (W.D. N.Y); *Clayton v. PruittHealth, Inc.*, Case No. 1:24-cv-02960 (N.D. Ga.); *Melissa MicSak v. Call 4 Health, Inc.*, Case No. 9:24-cv-80870 (S.D. Fla.); *Sean Barbery v. M&M Transport,* Case No. 1:24-cv-12042 (D. Mass.); *Antonio Valle, et al v. First Commonwealth Federal Credit Union*, Case No. 2024-C-2893 (Lehigh County, PA); *James Bertsch, et al v. Pocahontas Medical Clinic,*



*PA*, Case No. 61CV-24-103 (Randolph County, AR); *Lataniya Frazier v. Baptist Health Medical Center*, Case No. 60CV-24-8301 (Pulaski County, AR); *Robert Dapello v. Riverside Resort & Casino*, Case No. 2:24-cv-01732, (D. Nev.); *Haskins v. Stillwater Mining Company,* Case No. DV-48-2024-0000061 (Stillwater County, MT); *Harris v. ERLC, LLC dba Elitecare Emergency Hospital*, Case No. 24-cv-1622 (Galveston County, TX); *William Moore v. Johnson & Wales University*, Case No. 1:24-cv-00409, (D. R.I.), *William Adams et al v Family Health Center*; Consolidated Case No. 2024-0404-NO (Kalamazoo County, Michigan); *Chris Anderson as next friend of Joyner Anderson Baker v. Brockton Area Multi Services, Inc*. ; Case No. 1:24-cv-11607; (D. Mass.); *Jacob Baggett v State University of New York At Niagra et al*; Case No. 1:24-cv-00645 (W.D. New York); *Michael Bodem v Justice Resource Institute, Inc.;Consolidated* Case No. 1:24-cv-11856; (D. Mass); *Lameeka Chambers v The Charlotte-Mecklenburg Hospital Authority*; Case No. 3:24-cv-00887 (D. North Carolina); *Guchait et al v Momin & Momin, PLLC;* Case No. 24-DCV-322363 (Ft. Bend County, TX); *Fares et al. v. C.K.S. Packaging, Inc.;* Case No. 1:24-cv-04586 (N.D. GA); *Michael Harrison et al. v PECO Foods, Inc*.; Consolidated Case No. 7:24-cv-01034; (N.D. AL*); Douglas Long v Avis;* Consolidated Case No. 2:24-cv-09243 (D. N.J); *Chris Kidder v American Addiction Centers, Inc.,* Case No, 3-25-cv-00032; (Middle D TN); *Eduardo Guillen v Akumin Operating Corp., f/k/a Akumin Corp.,* Case No. 0:25-cv-60088; (S.D. Fla.); *Danella Claytor v TECTA America Corp*., Case No. 1:25-cv-00525 (N.D.IL); *Alberta Ruiz v Stiizy, Inc.*, Case No. 25STCV01549; (Superior Court CA); *Cheri Pfeifer as next friend of Z.P. (a minor) v. Pediatric Home Respiratory Services, LLC d/b/a Pediatric Home Services*, Case No. 0:25-cv-00247; (D. Minn.), *William Baysmore v. Tycon Medical Systems, Inc.,* Case No. 2:25-cv-00052; (E.D. VA); *Latisha Smith v. Cardiology Associates of Mobile, Inc*., Case No. 02-CV-2025-900265 (Circuit Court of Mobile County, AL); *Rene Garcia v Set Forth, Inc.,* Case No. 1:24-cv-11688; (N.D. IL); *Heidi Mathiasen v Thompson Coburn LLP*, Case No. 4:24-cv-01522, (E.D.MO); *Rebecca Battisfore v The College of American Pathologists*, Case No. 2024CH10183, (Circuit Court of Cook County, IL).

In addition, Ms. Montgomery has been appointed a leadership role and/or class counsel in the following data breach cases: *Atlantic Orthopaedic Specialists,* Case No. 2:24-cv-00696, (E.D. VA); *LaTisha Smalls et al, v Bon Secours Mercy Health, Inc.,* Case No.1:24-cv-594, (S.D. OH)*; Ted Christensen et al., v American Association of Colleges of Osteopathic Medicine d/b/a AACOM,* Case No. 8:25-cv-01239, (District of MD); *William Matiesak et al. v Mystic Valley Elder Services, Inc.* Case No. 2481CV02873, (Commonwealth of Massachusetts)*; In Re Lighthouse Electric Company Data Breach Litigation,* Case No. 2:25-cv-00362, (W.D. PA)*; Matthew Egner et al., v Goodwill Industries of Southwest Oklahoma and North Texas, Inc.,* Case No. CJ-2025-189; (District Court of Comanche County, State of Oklahoma)*; In re Heritage South Credit Union Data Breach Litigation,* Case No. 61-CV-2025-900175.00, (Circuit Court for Talladega County, AL)*; Trevor Burge, et al v. Mason Construction, LLC,* Cause No. 24-DC-CV-2053 (District Court of Jefferson County, Texas); *In re Mainline Health Systems Data Breach Litigation*, Case No. 22CV-25-123, (Circuit Court of Drew County, Arkansas); *Tina Ellis, et al v. Carter Credit Union d/b/a Carter Federal Credit Union*, Case No. 5:25-cv-01302 (W.D. LA).

Outside of the data breach context, Ms. Montgomery has an active nationwide wage and hour and class action practice. She has served as counsel in class actions matters from the filing of the



complaint to final approval of the settlement, including briefing and arguing class certification. *See, e.g., Heath et al. v. TFS Dining, LLC, et al;* Case No. 1:20-cv-899 (W.D. Tex.) (obtaining summary judgment on employee status and a final judgment on all damages after a jury trial); *Manasco et al. v Best in Town. d/b/a The Furnace et al;* Case No.: 2-21-cv-00381 (N.D. AL) (Partial summary judgment on major liability issues); *Johnson et al. v. Houston, LP, LLC, et al.*; Case No.: 4:20-cv-00663 (S.D. TX)(Summary Judgment on issue of employee misclassification and affirmative defenses, and fees awarded); *Garcia et al. v Toezpecunia, Inc;* Case No. 6:22-cv-00639, (D. Or.)(Summary judgment on all major liability issues, including willfulness determination).

# Kadian Crawford
## *Associate Attorney*

Kadian A. Crawford's practice focuses on data breach litigation, primarily in the realm of class actions. As one of EKSM's drafting attorneys, Kadian has developed an understanding of the powerful ways class actions can be used to hold corporations and other large entities accountable for the harms they cause individuals.

Kadian graduated from Wellesley College, where they received an academic achievement award, with a B.A. double major in Medieval Renaissance Studies and English. Kadian also graduated from the University of Miami School of Law with a J.D. and an LL.M. in International Arbitration.

Before attending law school, Kadian worked in the biopharmaceutical and medical device industries drafting and negotiating contracts in support of necessary devices for patients and clinical trials to find new therapies for various conditions, including rare diseases.

While in law school, Kadian was highly involved in programs focused on seeking justice for vulnerable individuals, including their school's Human Rights Clinic, where they focused on combatting gender-based violence in the workplace, and their school's Wage Theft Advocacy Program. Kadian also worked with their law school's Center for Ethics and Public Service as a Research Assistant in support of a class action litigation against the City of Miami to remediate parks and properties contaminated by Old Smokey Incinerator ash, compensate damaged homeowners and injured residents, and establish a health registry for individual and community medical monitoring in the segregated village of Coconut Grove in South Florida.

Additionally, in law school, Kadian was the recipient of the Kozyak Minority Foundation Scholarship; the Wilkie D. Ferguson, Jr. Bar Association Scholarship; and the Kozyak Tropin & Throckmorton Scholarship in their school's Litigation Skills Program.

Before joining EKSM, Kadian gained experience in employment law, immigration law, personal injury law, and class actions. Kadian also has judicial knowledge from being an intern for a federal judge at the U.S. District Court for the Southern District of Florida and a judicial assistant/law clerk to two judges in the Civil Division of the Eleventh Judicial Circuit of Florida.



Kadian has always said that the law is one of the most solid means by which a society can hold bad actors accountable. By leading with compassion and empathy for their clients and determination to put up a good fight, Kadian works hard to get their clients civil justice.

# Vanessa Kinney
## *Associate Attorney*



**Vanessa Kinney** has focused her practice primarily in employment law. Mrs. Kinney's wage and hour experience dates to 2010, and she has experience in wage and hour cases from the inception of cases to trial, and all the way through the appeals process.

During her undergraduate years at the University of Arkansas, Mrs. Kinney excelled in her studies and was Brandon Burlsworth Memorial Scholarship recipient and magna *cum laude* graduate of the University of Arkansas' J. William Fulbright College of Arts and Sciences. While attending law school, Mrs. Kinney was the recipient of two further scholarships: the Shackleford Scholarship and the Harper and Mary Boyer Harb Scholarship.

Mrs. Kinney went on to graduate 8th in her class in 2007 from the University of Arkansas at Little Rock William H. Bowen School of Law. There, Mrs. Kinney was a member of the *University of Arkansas at Little Rock Law Review*, and in the winter of 2006, the review published her article, "The Path Leads to Nowhere: The Supreme Court Re-examines the Trek Through the Political Thicket: Vieth v. Jubelirer, *541 U.S. 267 (2004)*, 28 UALR Law Rev. 251."

# Rebecca Matlock
## *Associate Attorney*



**Rebecca Matlock** practices employment law litigation, primarily regarding the application of the Fair Labor Standards Act but also in the application of various state wage statutes. As one of EKSM's drafting attorneys, Rebecca has developed knowledge in many of the technical applications and integrations of the FLSA and various labor laws.

Rebecca graduated from the UALR William H. Bowen School of Law in 2015. During law school, she served as Executive Editor of the *UALR Law Review,* which published her article, "CONSTITUTIONAL LAW—Fifth Amendment and Takings—Courts and the Judicial Process Will Impede Orderly City Development by Limiting Local Governments' Use of Exactions in



Development Planning. *Koontz v. St. Johns River Water Management District*, 133 S. Ct. 2586 (2013)," in Spring 2015.

As an undergraduate at Baylor University, Rebecca majored in News Editorial Journalism with minors in English and Religion. She wrote for the University newspaper, *The Lariat*, and worked as a teaching assistant in the English Department.

# Sean Short
## *Associate Attorney*



**Sean Short** is an attorney whose practice focuses on wage and hour law and data breach litigation. He represents clients in complex employment disputes, including federal and state wage and hour class and collective actions. His wage and hour practice includes advocating for workers in misclassification, overtime, and off-the-clock claims, while his data breach litigation practice involves representing individuals affected by cybersecurity incidents.

Sean received his B.S.B.A. in Finance and Accounting from Boston University. Before attending law school, he worked in New York City at a firm specializing in real estate capital markets. Sean received his J.D. from Washington University in St. Louis, where he completed a clerkship with the U.S. Department of Justice's Federal Tort Claims Act Section in Washington, D.C.

Prior to joining EKSM, Sean worked in Bangkok, Thailand, at an international law firm and later served as business development manager for a multinational software development company.

# Anna Stiritz
## *Associate Attorney*



**Anna Stiritz** is a talented veteran of evaluating employment law claims. Mrs. Stiritz has worked exclusively with our intakes department evaluating plaintiffs' data breach violations and employment claims. Prior to becoming a lawyer, Mrs. Stiritz graduated cum laude from Wheaton College with a B.A. in English. Later, Mrs. Stiritz went on to graduate from University of Arkansas at Little Rock Bowen School of Law.



# Christopher Torres

*Associate Attorney*



**Christopher Torres** has always been driven by a deep commitment to standing up for the little guy and being a voice for the vulnerable. As a first-generation college graduate, he recognizes the profound impact his work has on people's lives and the dedication it requires. This understanding inspires his passion for advocacy and fuels his pursuit of justice in the legal profession.

Christopher graduated from the University of Houston in 2016 with a Bachelor of Business Administration, concentrating in Business Management and Corporate Communications. He later earned his Juris Doctorate from Southern University Law Center in 2021. During his time in law school, Christopher was a founding member of the National Latino Law Student Association, taking on the role of Vice President. He also took on responsibilities as a staff writer for The Public Defender publication and was an active member of the Baton Rouge Student Bar Association, the SULC Pro-Bono Team, and the Environmental Law Society. Notably, Christopher served as a student-attorney, providing critical assistance to juveniles facing criminal charges, guiding them through every stage of their cases, from detention hearings to final adjudications.

Additionally, Christopher interned with the Lone Star Justice Alliance as a Summer Clemency Project Intern, where he worked with victims of sex trafficking and intimate partner violence to identify strategies for securing pardons from the Texas Board of Pardons and Paroles.

Recognizing the importance of philanthropy and giving back, Christopher has also volunteered with his fraternity, Lambda Phi Epsilon, as the Director of Operations on the International Board. In this capacity, he has guided various chapters across the nation by directing and executing administrative systems and functions for the fraternity body. Lambda Phi Epsilon is dedicated to the Be the Match Foundation, which helps patients with blood cancers or disorders find potential matches for blood cell transplants, a cause that Christopher passionately supports.

Before joining EKSM, Christopher gained experience in various areas of law, including personal injury, workers compensation, intellectual property, criminal law, corporate law, and class actions. Fluent in both Spanish and English, Christopher is able to connect with and advocate effectively for his Spanish-speaking clients, ensuring they receive the support and understanding they deserve. His diverse background and commitment to advocacy reflect his dedication to serving his clients with integrity and compassion.