# EXHIBIT 5



## **FIRM RÉSUMÉ**

Pittman, Dutton, Hellums, Bradley & Mann P.C. ("PDHBM") attorneys have been representing individuals, consumers, and small businesses in complex civil litigation for over 35 years. Founded in 1986 as a boutique civil litigation trial firm, PDHBM has been named one of the "Most Prolific Trial Law Firms in Alabama," according to the Alabama Jury Verdict Reporter. PDHBM lawyers have achieved remarkable results and are constantly recognized by national and state organizations, publications, and their peers as among the most successful and experienced courtroom lawyers in the country.

Based in Birmingham, Alabama, PDHBM and its attorneys have litigated cases in every Alabama circuit court, all Alabama federal courts, and routinely represent clients across the country. PDHBM lawyers specialize in complex litigation and possess a wide range of expertise across many different practice areas and case types. PDHBM lawyers have experience successfully handling mass torts, class actions, commercial disputes, catastrophic injury, and wrongful death cases. Additionally, PDHBM lawyers litigate products liability, pharmaceutical drug, medical device, antitrust, data privacy, medical malpractice, insurance fraud, breach of contract, bad faith, securities fraud, and statutory violation-based claims.

PDHBM has recovered over $1 billion for thousands of individual clients, hundreds of which resulted in verdicts and settlements exceeding $1 million. PDHBM attorneys have also played critical roles in multidistrict litigations (MDLs) and class actions in which recoveries have exceeded over $10 billion for consumers and small businesses.

Over the past decade, federal and state judges have trusted PDHBM lawyers and appointed them to various leadership positions in MDLs and class actions, including co-lead counsel, liaison counsel, and plaintiff steering and common benefit committees. PDHBM lawyers have also worked closely with judges, special masters, and third-party vendors in the settlement implementation and administration phase of MDLs and class actions.

PDHBM and its lawyers have consistently been recognized by numerous national organizations, publications and their peers as among the most successful and experienced courtroom lawyers in the country. These include U.S. News Best Law Firms in America, The Best Lawyers in America, SuperLawyers, Top Ranked Law Firms by Martindale-Hubbell, American College of Trial Lawyers, American Board of Trial Advocates, Martindale-Hubbell's AV Preeminent Peer Review Rated, and Million Dollar Advocates Forum.

---



## REPRESENTATIVE LEADERSHIP EXPERIENCE IN
## MULTIDISTRICT LITIGATIONS (MDLs) AND CLASS ACTIONS

**Class Actions**

- MDL 2406 *In re Blue Cross Blue Shield Antitrust Litigation* (Local Facilitating Counsel and Plaintiffs' Steering Committee for over 100 million subscriber plaintiffs which resulted in a $2.67 billion settlement)
- *Sullen, et al. v. Vivint, Inc.,* Circuit Court, Jefferson County, Alabama, Case No. 01-cv-2023-903893.00 (Settlement Class Counsel representing consumers of Fair Credit Reporting Act Violations resulting in a $9.75 million settlement)
- *In re Municipal Parking Services, Inc. DPPA Litigation*, Case No. 3:24-cv-320-TKW-HTC (N.D. Fla.) (Interim Co-Lead Class Counsel in Drivers Privacy Protection Act case)

**Product Liability MDLs**

- MDL 2885 *In re 3M Combat Arms Earplug Products Liability Litigation* (Common Benefit Fund Committee)
- MDL 2885 *In re 3M Combat Arms Earplug Products Liability Litigation* (Settlement Implementation and Administration Committee)

**Medical Device MDLs**

- MDL 2441 *In re Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation* (Plaintiffs' Steering Committee)
- MDL 2846 *In re Davol, Inc./C.R. Bard, Inc. Polypropylene Hernia Mesh Products Liability Litigation* (Plaintiffs' Steering Committee)
- MDL 2974 *In re Paragard IUD Products Liability Litigation* (Plaintiffs' Steering Committee)

**Pharmaceutical Drug MDLs**

- MDL 2374 *In re Abilify (Aripirazole) Products Liability Litigation* (Plaintiffs' Steering Committee)
- MDL 2875 *In re Valsartan Products Liability Litigation* (Plaintiffs' Steering Committee)
- MDL 3140 *In re Depo-Provera (Depot Medroxyprogesterone Acetate) Products Liability Litigation* (Plaintiffs' Executive Committee)
- MDL 3140 *In re Depo-Provera (Depot Medroxyprogesterone Acetate) Products Liability Litigation* (Plaintiffs' Steering Committee)

2001 Park Place North
Suite 1100
Birmingham, AL 35203

Tel: 205.322.8880
Fax: 205.328.2711
Toll-Free: 866.515.8880

www.PittmanDutton.com



**<u>Data Privacy Class Actions</u>**

- *Nadeau, et al. v. Onsite Mammography, LLC d/b/a Onsite Womens Health,* Case No. 3:25-cv-11123-MGM (D. Mass.) (Interim Co-Lead Class Counsel)
- *In re Christie's Data Breach Litigation*, Case No. 23-cv-221-JMF (S.D.N.Y.) (Co-Lead Class Counsel)
- MDL 3126 *In re Snowflake, Inc. Data Security Breach Litigation* (Co-Lead of Financial Institutions Spoke)
- *In re Set Forth Data Security Litigation*, Case No. 1:24-cv-11688 (N.D. Ill.) (Plaintiffs' Steering Committee)
- *In re Marquis Software Solutions, Inc. Data Breach Litigation*, Case No. 4:25-cv-01277-ALM (E.D. Tex.) (Plaintiffs' Executive Committee)
- *In re CNHI Data Breach Litigation*, Case No. 2:25-cv-980-RAH (M.D. Ala.) (Interim Liaison Counsel)
- *In re Jack's Family Restaurants, LP Data Breach Litigation*, Case No. 2:25-cv-01861-LCB (N.D. Ala.) (Interim Liaison Class Counsel)
- *In re Methodist Home Care Data Incident Litigation*, Circuit Court, Jefferson Cty., Ala., Case No. 01-cv-2025-904388 (Interim Co-Lead Class Counsel)
- *Lodico, et al. v. Bradford Health Services, LLC*, Circuit Court, Jefferson Cty., Ala., Case No. 01-cv-2025-902264 (Interim Co-Lead Class Counsel)
- *In re Neurological Institute of Savannah Data Breach Litigation,* Superior Court, Chatham Cty., Ga., Case No. SPCV25-00806-ST (Interim Co-Lead Class Counsel)
- *In re Bluewater Healthcare Network, d/b/a Aspire Rural Health System Data Breach Litigation,* Superior Court, Sanilac Cty., Mi., Case No. 2025-41042-CZ (Interim Co-Lead Class Counsel)
- *In re Alabama Ophthalmology Associates Data Breach Litigation*, Circuit Court, Jefferson Cty., Ala., Case No. 01-cv-2025-901488.00 (Interim Co-Lead Class Counsel)
- *In re AOD Federal Credit Union Data Breach Litigation*, Circuit Court, Calhoun Cty., Ala., Case No. 11-cv-2025-900178.00 (Interim Co-Lead Class Counsel)
- *In re Heritage South Credit Union Data Breach Litigation*, Circuit Court, Talladega Cty., Ala., Case No. 61-cv-2025-900175.00 (Liaison Counsel)
- *In re Municipal Parking Services, Inc. DPPA Litigation*, Case No. 3:24-cv-320-TKW-HTC (N.D. Fla.) (Interim Co-Lead Class Counsel in Drivers Privacy Protection Act case)
- *Walker, et al. v. P&S Transportation, LLC, et al.,* Circuit Court, Jefferson Cty., Ala., Case No. 01-cv-2025-900187 (Settlement Class Counsel)
- *Lee, et al. v. Baptist Health Centers, LLC*, Circuit Court, Jefferson Cty., Ala., Case No. 01-cv-2023-9004352.00 (Interim Co-Lead Class Counsel)
- *Harrison, et al. v. Peco Foods, Inc.*, Case No. 7:24-cv-1028-LSC (N.D. Ala.) (Interim Co-Lead Class Counsel)
- *Brown, et al. v. Alabama Cardiology Group, P.C.*, Circuit Court, Jefferson Cty., Ala., Case No. 01-cv-2024-903135 (Interim Co-Lead Class Counsel)

2001 Park Place North
Suite 1100
Birmingham, AL 35203

Tel: 205.322.8880
Fax: 205.328.2711
Toll-Free: 866.515.8880

www.PittmanDutton.com



- *In re Cardiology Associates Data Breach Litigation*, Circuit Court, Mobile Cty., Ala., Case No. 02-cv-2025-900139.00 (Liaison Counsel)
- *Kornegay, et al. v. Heart South Cardiovascular Group, P.C.*, Circuit Court, Bibb Cty., Ala., Case No. 07-cv-2024-9000089 (Settlement Class Counsel)
- *Limbaugh, et al. v. Norwood Clinic, Inc.,* Circuit Court, Jefferson County, Alabama, Case No. 01-cv-2022-900851 (Co-Lead Class Counsel representing victims of a data breach which resulted in a $2.3 million settlement)
- *Kemp, et al. v. NorthStar Emergency Medical Services, Inc.,* Circuit Court, Tuscaloosa County, Alabama, Case No. 63-cv-2023-900249 (Settlement Class Counsel representing victims of a data breach)
- *Sides, et al. v. Sheffield Group, Inc., et al.*, Circuit Court, Jefferson Cty., Ala., Case No. 01-cv-2024-900745 (Settlement Class Counsel representing victims of a data breach)
- *Hufstetler, et al. v. Upstream Rehabilitation, Inc., et al*; Circuit Court, Jefferson Cty., Ala., Case No., 01-CV-2024-902563 (Settlement Class Counsel representing victims of a data breach)
- *Williams v. Gulf Coast Pain Consultants*, 3:19-cv-01659 (N.D. Fla.) (Class Counsel representing victims of a data breach)
- *In re Arby's Restaurant Group, Inc. Data Security Litigation*, 1:17-cv-514 (N.D. Ga.) (Plaintiffs' Steering Committee)
- MDL 2595 *In re Community Health Systems, Inc., Customer Data Security Breach Litigation* (Local Liaison Counsel)
- *WinSouth Credit Union, individually and on behalf of all similarly situated v. MAPCO Express, Inc. and Delek US Holdings, Inc.* (Class Counsel representing financial institution victims of a data breach)
- *Mandi Phillips, individually and on behalf of all similarly situated v. MAPCO Express, Inc. and Delek US Holdings, Inc.* (Class Counsel representing individual victims of a data breach)

**PDHBM represented or currently represents clients in the following MDLs or class actions:**

1. MDL 1985 *In re Total Body Formula Products Liability Litigation* (Co-Lead Counsel; member of Plaintiffs' Executive Committee and Plaintiffs' Steering Committee)
2. *In re NCAA Student-Athlete Name & Likeness Licensing Litigation*
3. MDL 1507 *In re Prempro Product Liability Litigation*
4. MDL 1657 *In re Vioxx Products Liability Litigation*
5. MDL 2000 *In re Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*
6. MDL 2047 *In re Chinese-Manufactured Drywall Products Liability Litigation*
7. MDL 2087 *In re Hydroxycut Marketing and Sales Practices Litigation*
8. MDL 2179 *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*
9. *MDL 2187 In re C.R. Bard, Inc., Pelvic Repair System Products Liability Litigation*

2001 Park Place North
Suite 1100
Birmingham, AL 35203

Tel: 205.322.8880
Fax: 205.328.2711
Toll-Free: 866.515.8880

www.PittmanDutton.com



10. MDL 2197 *In re DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation*
11. MDL 2240 *In re Cook Medical, Inc., Pelvic Repair System Products Liability Litigation*
12. MDL 2243 *In re Fosamax (Alendronate Sodium) Products Liability Litigation (No. II)*
13. MDL 2244 *In re DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation*
14. MDL 2299 *In re Actos (Pioglitazone) Products Liability Litigation*
15. MDL 2385 *In re Pradaxa (Dabigatran Etexilate) Products Liability Litigation*
16. MDL 2387 *In re Coloplast Corp. Pelvic Support Systems Products Liability Litigation*
17. MDL 2391 *In re Biomet M2a Magnum Hip Implant Products Liability Litigation*
18. MDL 2406 *In re Blue Cross Blue Shield Antitrust Litigation*
19. MDL 2592 *In re Xarelto (Rivaroxaban) Products Liability Litigation*
20. MDL 2641 *In re Bard IVC Filters Products Liability Litigation*
21. MDL 2666 *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
22. MDL 2740 *In re Taxotere (Docetaxel) Products Liability Litigation*
23. MDL 2753 *In re Atrium Medical Corp. C-Qur Mesh Products Liability Litigation*
24. MDL 2768 *In re Stryker LFIT V40 Femoral Head Products Liability Litigation*
25. MDL 2775 *In re Smith & Nephew Birmingham Hip Resurfacing (BHR) Hip Implant Products Liability Litigation*
26. MDL 2782 *In re Ethicon Physiomesh Flexible Composite Hernia Mesh Products Liability Litigation*
27. MDL 2862 *In re Diisocyanates Antitrust Litigation*
28. MDL 2867 *In re Local TV Advertising Antitrust Litigation*
29. MDL 2949 *In re Profemur Hip Implant Products Liability Litigation*
30. MDL 3044 *In re Exactech Polyethylene Orthopedic Products Liability Litigation*
31. MDL 3108 *In re Change Healthcare, Inc., Customer Data Security Breach Litigation*
32. MDL 3125 *In re AngioDynamics, Inc., and Navilyst Medical, Inc. Port Catheter Products Liability Litigation*
33. MDL 3126 *In re Snowflake, Inc. Data Security Breach Litigation*
34. MDL 3140 *In re Depo-Provera (Depot Medroxyprogesterone Acetate) Products Liability Litigation*
35. MDL 3170 *In re Trans Union, LLC Customer Data Security Breach Litigation*

2001 Park Place North
Suite 1100
Birmingham, AL 35203

Tel: 205.322.8880
Fax: 205.328.2711
Toll-Free: 866.515.8880

www.PittmanDutton.com