**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **BESSEMER SYSTEM FEDERAL CREDIT UNION and SURF PEDIATRICS AND MEDICINE, P.C.**, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>**TRUSTAGE FINANCIAL GROUP, INC.**,<br><br>       Defendant. | Case No. 3:26-cv-00644-AMB |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Francis X. Nolan, IV, of Eversheds Sutherland (US) LLP, hereby appears as counsel of record on behalf of Defendant TruStage Financial Group, Inc., in this action and requests that all subsequent documents be served upon him at the address below.

Dated: August 6, 2026

/s/ Francis X. Nolan, IV
Francis X. Nolan, IV
**EVERSHEDS SUTHERLAND (US) LLP**
1114 Avenue of the Americas
The Grace Building, 40th Floor
New York, New York 10036
Telephone: (212) 389-5083
Facsimile: (212) 389-5099
franknolan@eversheds-sutherland.com

*Counsel for Defendant*
*TruStage Financial Group, Inc.*