**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| **BESSEMER SYSTEM FEDERAL CREDIT UNION**, and **SURF PEDIATRICS & MEDICINE P.C.**, on behalf of themselves and all others similarly situated<br><br>*Plaintiffs*,<br><br>v.<br><br>**TRUSTAGE FINANCIAL GROUP, INC.**<br><br>*Defendant.* | Case No.: 3:26-cv-00644-WMC-AMB |
| **MARYLOU PEIXOTO**, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**TRUSTAGE FINANCIAL GROUP, INC. and ALIGN CREDIT UNION**,<br><br>*Defendants*. | Case No.: 3:26-CV-00658-WMC-AMB |
| **JOHNA NIVENS**, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**TRUSTAGE FINANCIAL GROUP, INC.**<br><br>*Defendant.* | Case No.: 3:26-cv-00659-WMC-AMB |
| **LINDA KROUTTER**, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v. | Case No.: 3:26-cv-00661-WMC-AMB |

| | |
|---|---|
| **TRUSTAGE FINANCIAL GROUP, INC.**<br><br>*Defendant.* | |
| **KENNETH MEL S. DELIN**, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**TRUSTAGE FINANCIAL GROUP, INC.**<br><br>*Defendant.* | Case No.: 3:26-cv-00665-WMC-AMB |
| **JENNIFER BRAZIER**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**TRUSTAGE FINANCIAL GROUP, INC.**<br><br>*Defendant.* | Case No.: 3:26-cv-00670-WMC-AMB |
| **MOZZELL BROWN**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**TRUSTAGE FINANCIAL GROUP, INC.**<br><br>*Defendant.* | Case No.: 3:26-cv-00672-WMC-AMB |

| | |
|---|---|
| **ANDREA BELLEY**, individually and on behalf of all others similarly situated,<br>*Plaintiff,*<br>v.<br>**TRUSTAGE FINANCIAL GROUP, INC.**<br>*Defendant.* | Case No.: 3:26-cv-00678-WMC-AMB |
| **JEFFREY TURNER**, individually and on behalf of all others similarly situated,<br>*Plaintiff,*<br>v.<br>**TRUSTAGE FINANCIAL GROUP, INC.**<br>*Defendant.* | Case No.: 3:26-cv-00680-WMC-AMB |
| **NINA LYLE-DOUVILLE**, individually and on behalf of all others similarly situated,<br>*Plaintiff,*<br>v.<br>**TRUSTAGE FINANCIAL GROUP, INC.**<br>*Defendant.* | Case No.: 3:26-cv-00681-WMC-AMB |
| **HANNAH BLACKMON**, individually and on behalf of all others similarly situated,<br>*Plaintiff,*<br>v.<br>**TRUSTAGE FINANCIAL GROUP, INC.**<br>*Defendant.* | Case No.: 3:26-cv-00683-WMC-AMB |

| | |
|---|---|
| **RANDALL LANDERS**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**TRUSTAGE FINANCIAL GROUP, INC.** and **FIRST FINANCIAL FEDERAL CREDIT UNION**,<br><br>*Defendants.* | Case No.: 3:26-cv-00688-WMC-AMB |
| **RUTHIE COLEMAN**, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**TRUSTAGE FINANCIAL GROUP, INC.** and **BOWATER EMPLOYEES CREDIT UNION**,<br><br>*Defendants.* | Case No.: 3:26-cv-00692-WMC-AMB |
| **TAMMY COLLETTE**, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**TRUSTAGE FINANCIAL GROUP, INC.**<br><br>*Defendant.* | Case No.: 3:26-cv-00698-WMC-AMB |

**[PROPOSED] ORDER**

This matter is before the Court on the Parties' Joint Motion to Consolidate and Stay. The Court finds that there is good cause to adopt the positions and deadlines as proposed by the Parties in the above-captioned actions. Accordingly,

IT IS ORDERED:

1. The above-captioned actions shall be consolidated into a single action (the "Consolidated Action") with the following caption:

| | |
|---|---|
| *In re TruStage Financial Group, Inc. Data Incident Litigation*<br><br>This Document Relates To: | Case No: 3:26-cv-00644-WMC-AMB |

2. The following administrative procedures shall apply with regards to the Consolidated Action:

   a. when a pleading is intended to apply to all the actions consolidated into the Consolidated Action (the "Related Actions"), the words "All Actions" shall appear immediately after "This Document Relates To:" in the caption set forth above;

   b. when a pleading is not intended to apply to all actions, the docket number for the individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption set forth above;

   c. any subsequently filed actions that allege the same or substantially similar claims as the Consolidated Action shall be consolidated with the Consolidated Action;

   d. any Party objecting to such consolidation must file a motion request for relief within 14 calendar days after the action is consolidated with the Consolidated Action; and

e. as soon as practicable, the Parties will notify the Court whenever a related case that should be consolidated into the Consolidated Action is filed in, or transferred to, this Court.

3. Every 60 days, beginning 60 days from the date of this Order, the Parties shall file a joint status report with the Court advising the Court of the status of TruStage's investigation and the Parties' position(s) as to a continuation of the stay.

4. Defendants' deadlines to answer or otherwise respond to the Complaints in the above-captioned actions are stayed.

5. The Amended Motion to Consolidate Cases and for Appointment of Interim Co-Lead Counsel is held in abeyance and Defendants' deadlines to respond to the Amended Motion are stayed.

6. The following temporary lead counsel designation shall apply with regards to the Consolidated Actions:

a. Lori G. Feldman of Hecht Partners LLP and Charles J. Nerko of NERKO PLLC shall serve as the temporary lead counsel on behalf of the commercial entity Plaintiffs.

b. Nickolas J. Hagman of Cafferty Clobes Meriwether & Sprengel LLP and Philip J. Krzeski of Chestnut Cambronne PA shall serve as temporary lead counsel on behalf of the individual Plaintiff group.

Dated: September 24, 2026

BY THE COURT:

Honorable William M. Conley
United States District Judge